(87 South. 219)

**MUNSON S. S. LINE v. DRAYTON.**
**(1 Div. 177.)**

(Supreme Court of Alabama. Jan. 20, 1921.)

Certiorari to Court of Appeals.

Petition by the Munson Steamship Line for certiorari to the Court of Appeals to review and revise its judgment (87 South. 218[1]), rendered on appeal of the Steamship Line in an action against it by Elliott Drayton. Writ denied on the authority of Citizens' Light, Heat & Power Co. v. Lee, 182 Ala. 561, 62 South. 199.

Parmer Pillans and Alexis T. Gresham, both of Mobile, for appellant.
Alex T. Howard, of Mobile, for appellee.

PER CURIAM. Petition of the Munson Steamship Line for certiorari to the Court of Appeals, to review and revise the judgment of said court, rendered on the appeal of Munson Steamship Line v. Elliott Drayton, 17 Ala. App. 619, 87 South. 218.

Writ denied, on the authority of Citizens' Light, Heat & Power Co. v. Lee, 182 Ala. 561, 62 South. 199.

[1] 17 Ala. App. 619.